On the facts found by the Court of Appeal, the result is correct.

SANDERS, J., is of the opinion that a writ should be granted.

TATE, J., joins with Sanders, J., and agrees that a writ should be granted.

260 So.2d 323

Rufus BUTLER, Individually and as Administrator of the Estate of his Minor Daughter, Tommy Lee BUTLER

v.

The CITY OF BOGALUSA et al.

No. 52376.

April 18, 1972.

We cannot say the result is incorrect.

BARHAM, J., is of the opinion the writ should be granted.